PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4853
      E-Mail: paul.sachelari@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYDNEY LOBB,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00484-KJM-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 20, 2023, up to and including August 21, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the 935-page administrative record in light of the three issues raised in Plaintiff's motion.  Defendant's counsel has recently been reassigned this case, and the date for the Commissioner's brief overlaps with approximately eight other briefs due around the same time.  This, along with multiple other tasks reassigned due during this period as well as an overlapping planned vacation has impacted Defendant's ability to evaluate Plaintiff's contentions.  As a result of these combined factors, Defendant respectfully

requests additional time to in order to assist with managing Defendant's counsel's extremely busy schedule, and to review the issues presented by Plaintiff and determine whether settlement may be possible in this case.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 14, 2023           /s/ Melissa Markos Nyman*
                               (*as authorized via e-mail on 07/14/23)
                               MELISSA MARKOS NYMAN
                               Attorney for Plaintiff

Dated: July 14, 2023           PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Social Security Administration

                       By:     /s/ Paul Sachelari
                               PAUL SACHELARI
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 21, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   July 17, 2023                    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE