PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4853
     E-Mail: paul.sachelari@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYDNEY LOBB,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00484-KJM-JDP<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; ORDER |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to evaluate Plaintiff's subjective symptom testimony, and evaluate Plaintiff's residual functional capacity.  The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

                                     Respectfully submitted,

Dated: August 21, 2023          /s/ *Melissa Markos Nyman**
                                (*as authorized via e-mail on August 21, 2023)
                                MELISSA MARKOS NYMAN
                                Attorney for Plaintiff

Dated: August 21, 2023          PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Social Security Administration

                        By:     /s/ *Paul Sachelari*
                                PAUL SACHELARI
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## ORDER

Pursuant to the above Stipulation, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation. The Clerk of Court is directed to enter judgment in plaintiff's favor.

DATED: August 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE