MELISSA MARKOS NYMAN, ESQ.
Nyman Turkish, PC
3009 Douglas Blvd, Suite 200
Roseville, CA 95661
P: 855-463-2149
F: 916-218-4341
melissa.nyman@nymanturkish.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| CYDNEY LOBB, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00484-KJM-JDP |
| | ) **ORDER** |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER

Having considered Plaintiff's Motion for Attorney's Fees and any response thereto, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,526.18. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via Nyman Turkish, PC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of Melissa Markos Nyman, Esquire. All checks must be mailed care of Nyman Turkish, PC.

DATED: November 27, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE